UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

Eric Staine,

                          Plaintiff,

                          v.              9:12-CV-545

Patrick Sullivan et al.,

                          Defendants.

_____

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

This action, brought pursuant to 42 U.S.C. § 1983, was referred to this Court by the Honorable Randolph F. Treece, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

In the Report-Recommendation, Magistrate Judge Treece recommends that Plaintiff's Motion for Summary Judgment be denied and Defendants' Cross-Motion for Summary Judgment be granted. No objections to the Report-Recommendation dated January 16, 2014 have been filed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

For the foregoing reasons, the Court **AFFIRMS** and **ADOPTS** the Report and Recommendation and **DENIES** Plaintiff's Motion for Summary Judgment and **GRANTS** Defendants' Cross-Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated:   March 19, 2014

_____
Thomas J. McAvoy
Senior, U.S. District Judge