# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

ERIC STAINE,
          Plaintiff,

vs.                     CASE NUMBER: 9:12-CV-00545 TJM-RFT

PATRICK SULLIVAN, GLADYS CARRION,
          Defendants.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED :

Pursuant to the Decision and Order of the Honorable Thomas J. McAvoy, Senior United States District Court Judge, dated the 19th day of March, 2014, Plaintiff's complaint is **DISMISSED.** Judgment is entered in favor of defendants and against plaintiff.

DATED: March 19, 2014

*Lawrence K. Baerman* (signature)
Clerk of Court

ENTERED 3/19/2014
BY PTM

-S-
P.T. McBrearty
Deputy Clerk